UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
DEBTOR (S) Charles M Douglass Dana D Douglass

Case No: 13-32823-DOF
CHAPTER 13 PROCEEDINGS
JUDGE DANIEL OPPERMAN

ATTORNEY: Jay S Kalish
DATE FILED: 08/16/13
CLAIMS BAR DATE: 12/09/13
CONFIRMATION DATE: 10/22/13

TRUSTEE'S OBJECTION TO CONFIRMATION

- [x] First Payment has not posted
- [ ] Plan is unfeasible
- [ ] Payment Order has not been filed
- [ ] Plan does not meet Best interest test $ _____
- [ ] Plan does not meet Means test: [ ] must be a 60 month [ ] must pay $ _____ to unsecured or affidavit required.
- [ ] DSO Certificate will be required at Confirmation [ ] Increase dividend to unsecured creditors to at least 10%
- [ ] Reconcile net income on schedule J with Plan payment
- [ ] Amend Plan to provide/clarify treament for _____
- [ ] Amend Plan to pay the following through Trustee's Office _____
- [ ] Amend Schedules for the following: _____
- [ ] Trustee objects to disposable income and requests verfication or amendment to the following budget items:
_____
_____
- [ ] Trustee objects to the payment of _____
- [ ] Exemptions are not accurate _____

Provide the following to the Trustee by _____:
- [ ] Tax Return  [ ] 60 days of pay stubs  [ ] titles to: vehicles _____  [ ] recorded mortgages
- [ ] business's budget  [ ] amortization schedule for _____

OCP to state the following:
- [ ] 100% of tax refunds  [ ] 100% to unsecured creditors
- [ ] Stay is lifted as to _____
- [ ] Plan payments shall increase by $ _____ in _____

Other issues: Trustee requires ALL required documents to be filed ASAP

NATURE OF THE PLAN-The Trustee interprets the nature of the Plan to be:
- [ ] Percentage plan _____ % to unsecured or _____ months from confirmation-whichever is the greater dividend
- [ ] Base Plan-completed upon the Trustee receiving $ _____ in addition to the receipts prior to confirmation.
   Estimated % to unsecured is _____ % in ( _____ ) months.
Confirmation recommended [ ] Yes _____ % in _____ months [ ] No

WHEREFORE, unless the above terms are satisfied, the Chapter 13 Trustee requests that this Honorable Court deny confirmation of the Debtor's (s') Plan, dismiss this case, allow an administrative expense of $100.00 to the Trustee and provide other relief as is just.

/s/ Carl L. Bekofske

Dated: September 13, 2013

Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502

Diane

(810) 238-4675   ECF@flint13.com
P-10645

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
DEBTOR (S) Charles M Douglass Dana D Douglass

Case No: 13-32823-DOF
CHAPTER 13 PROCEEDINGS
JUDGE DANIEL OPPERMAN

CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2013, electronically filed the Chapter 13 Trustee's Objection to Confirmation with the Clerk of the Court using the ECF system; which will send notification of such filing to the following:

Jay S Kalish
jskalish@aol.com

And I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

/s/ Sherry Beasinger
Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502
(810) 238-4675
Email: ECF@flint13.com